William A. Munoz - 191649
    (wmunoz@mpbf.com)
Heather A. Barnes - 263107
    (hbarnes@mpbf.com)
MURPHY, PEARSON, BRADLEY & FEENEY
520 Capitol Mall, Suite 250
Sacramento, CA 95814
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
THE VOSS LAW FIRM, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| SHARON WALLACE, <br><br> Plaintiff, <br><br> v. <br><br> THE VOSS LAW FIRM, P.C., <br><br> Defendants. | Case No.: 2:16-cv-00656-GEB-EFB <br><br> **DEFENDANT THE VOSS LAW FIRM, P.C.'S NOTICE OF MOTION AND MOTION:** <br><br> 1. **TO DISMISS FOR LACK OF JURISDICTION PURSUANT TO FED.R.CIV.P. 12(B)(2);** <br><br> 2. **TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R.CIV.P. 12(B)(6);** <br><br> 3. **TO STRIKE PUNITIVE DAMAGES PURSUANT TO FED.R.CIV.P. 12(F); AND, ALTERNATIVELY** <br><br> 4. **TO CHANGE VENUE TO SOUTHERN DISTRICT OF TEXAS [28 U.S.C. § 1404(A)]** <br><br> Date: May 25, 2016 <br> Time: 10:00 a.m. <br> Courtroom: 8 <br> Honorable Magistrate Edward F. Brennan |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 25, 2016, at 10:00 a.m., in Courtroom 8 of the above-entitled Court located at 501 I Street, Sacramento, CA, before Magistrate Judge Edward F. Brennan,

- 1 -

Defendant The Voss Law Firm, P.C., will move this Court for an order dismissing Plaintiffs' First Amended Complaint on the grounds that the Court does not have personal jurisdiction over the law firm pursuant to Federal Rule of Civil Procedure 12(b)(2) and that the facts alleged in the complaint fail to state claims upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant also moves to strike the claim for punitive damages pursuant to Federal Rule of Civil Procedure 12(f). Alternatively, Defendant moves to transfer venue of this matter to the federal district court, Southern District of Texas. Specifically, Defendant moves on the following grounds:

1. This Court lacks personal jurisdiction over Defendant Voss as there are insufficient contacts in the forum state to comport with Constitutional due process. (*Sher v. Johnson*, 911 F.2d 1357, 1362-1365 (9th Cir. 1990)

2. Plaintiffs' First Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted as it is barred by the statute of limitations set forth in California Code of Civil Procedure section 340.6. (*Lee v. Hanley*, 61 Cal.4th 1225, 1236-1237 (2014);

3. Plaintiffs' First Amended Complaint and each claim asserted therein fail to allege facts sufficient to state a claim upon which relief can be granted as causation is lacking since the claims against Mercury were time-barred before Plaintiff retained Voss. (*Slovensky v. Friedman*, 142 Cal.App.4th 1518, 1527-1528 (2006).);

4. Plaintiff Jerry Richardson, Sr.'s claims are barred as he was never a client of Defendant. (*Fox v. Pollack*, 181 Cal.App.3d 954, 959 (1986).) Nor was he a party to the insurance contract with Mercury that would give him standing to sue for bad faith in the underlying matter. (*Hatchwell v. Blue Shield of California*, 198 Cal.App.3d 1027, 1034-1035 (1988).)

5. Plaintiffs' First Amended Complaint and each claim asserted therein fail to allege facts sufficient to state a claim upon which relief can be granted as plaintiffs' claims are barred by their unclean hands. (*Blain v. Doctor's Co.*, 222 Cal.App.3d 1048, 1059-1061 (1990).)

6. Plaintiffs' First Amended Complaint and each claim asserted therein fail to allege facts sufficient to state a claim upon which relief can be granted as plaintiff failed to list the underlying claim in her Chapter 7 bankruptcy schedule and thus, lacks standing to sue. (*Estate of Spirtos v. One San Bernardino County Superior Court Case Numbered SPR 02211*, 443 F.3d 1172, 1175-1176 (9th

1  Cir. 2006); *Cloud v. Northrup Grummen Corp.*, 67 Cal.App.4th 995, 1002-1003 (1998);

2      7.    Plaintiff's claim for punitive damages in the Prayer for Relief should be stricken as there are no facts alleged that demonstrate Voss, or its managing agent, acted with malice, oppression or fraud regarding the underlying matter. (Cal. Civ. Code § 3294(b).); and

    8.    Alternatively, should the Court not dismiss this action for lack of personal jurisdiction or failure to state a claim, the case should be transferred to the Southern District of Texas for the convenience of the parties and witnesses and in the interests of justice. (28 U.S.C. § 1404(a).)

This Motion is based upon this Notice, the memorandum of points and authorities, Request for Judicial Notice, declaration of William A. Munoz, declaration of Scott Hunziker, declaration of Bill Voss and all other evidence to be presented at the hearing on this Motion.

Dated: May 2, 2016

    MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ William A. Muñoz
   William A. Munoz
   Attorneys for Defendant
   THE VOSS LAW FIRM, P.C.

WAM.21056821.doc

CERTIFICATE OF SERVICE

I, Crystal J. Roberts, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 520 Capitol Mall. Suite 250, Sacramento, CA 95814.

On May 2, 2016, I served the following document(s) on the parties in the within action:

**DEFENDANT THE VOSS LAW FIRM, P.C.'S NOTICE OF MOTION AND MOTION TO DISMISS**

| | |
|---|---|
| XX | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by Priority Legal, addressed as follows: |

Sharon Wallace                                         Plaintiff in Pro Per
9210 Big Horn Boulevard, # 210
Elk Grove, CA  95758

Jerry Richardson, Sr.                                  Plaintiff in Pro Per
9210 Big Horn Boulevard, # 210
Elk Grove, CA  95758

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 2, 2016.

By s/s Crystal J. Roberts
Crystal J. Roberts