1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHARON WALLACE, et al.,                    No.  2:16-cv-656-GEB-EFB PS

12              Plaintiffs,

13        v.                                      ORDER

14    THE VOSS LAW FIRM, P.C., et al.,

15              Defendants.

16

17          On March 3, 2017, the magistrate judge filed findings and recommendations herein which

18    were served on the parties and which contained notice that any objections to the findings and

19    recommendations were to be filed within fourteen days.  No objections were filed.

20          The court has reviewed the applicable legal standards and, good cause appearing,

21    concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22          Accordingly, IT IS ORDERED that:

23          1.   The proposed Findings and Recommendations filed March 3, 2017, are ADOPTED;

24          2.   Defendants' motions to dismiss for lack of personal jurisdiction (ECF Nos. 9, 28) is

25    denied;

26          3.   Defendants' motions to dismiss pursuant to Rule 12(b)(2) (ECF Nos. 9, 28) is

27    granted;

28          4.   Plaintiffs' complaint is dismissed without leave to amend;

5.  Defendants' motion to strike and change venue is denied as moot; and

6.  The Clerk is directed to close this case.

Dated:  March 29, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge